UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BS BIG V, LLC, BHRA BIG V, LLC and
BHC BIG V, LLC

                                Plaintiffs,                  **NOTICE OF REMOVAL**

        - against -

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

                                Defendant.
-----------------------------------------------------------------X

        Defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY ("PIIC"), hereby files this Notice of Removal of the above-described action, removed from the Supreme Court of the State of New York, County of Rockland, Index Number 032079/2019 and all claims and causes of action therein, to the United States District Court for the Southern District of New York, as provided by Title 28, U.S. Code, Section 1446 *et. seq.*, and Rule 11. The removing defendant applies for the purposes of removal only and for no other purposes and reserves all rights, claims and defenses of any nature whatsoever, including but not limited to defenses related to service of process, jurisdiction and venue, and state as follows:

        1.      PIIC is the only named defendant in the above-entitled action.

        2.      PIIC is organized and exists under the laws of, and has its principal place of business in the Commonwealth of Pennsylvania.

        3.      Plaintiff BS BIG V, LLC is a limited liability corporation organized under the laws of the state of Delaware, with its principle place of business in the State of New York.

        4.      Plaintiff BHRA BIG V, LLC is a limited liability corporation organized under the laws of the state of Delaware, with its principle place of business in the State of New York.

5. Plaintiff BHC BIG V, LLC is a limited liability corporation organized under the laws of the state of Delaware, with its principle place of business in the State of New York.

6. On or about April 16, 2019, plaintiffs filed the instant action against PIIC in the Supreme Court of the State of New York, County of Richmond, Index No. 032079/2019, and is now pending in that Court. A copy of the Summons and Complaint is annexed hereto as **Exhibit A**.

7. The Summons and Complaint was served on PIIC through the New York State Department of Financial Services on or about April 16, 2019.

8. PIIC has not yet interposed an Answer to the action for money damages.

9. This court has original jurisdiction pursuant to 28 U.S.C. sec. 1332, and upon information and belief, the amount in controversy exceeds the sum or value of seventy-five thousand dollars ($75,000), exclusive of interest, costs and disbursements, for the following reasons: Plaintiffs seek damages in connection with their property located at 376 Windsor Highway, New Windsor, NY 12553, and in the Complaint's first cause of action for breach of contract plaintiffs demand "the sum of at least $500,000, with the precise amount to be determined at the trial of this action." (Plaintiffs' complaint, at p. 5).

10. This is a civil action of which the United States District Court for the Southern District of New York has jurisdiction by reason of the diversity of citizenship of the parties pursuant to 28 U.S.C.A. § 1332(a)(1).

11. This entire matter is one which may be removed to this Court by virtue of the provisions of 28 U.S.C. section 1441(a) and in accordance with 28 U.S.C. section 1446.

12. This Court is one of proper venue pursuant to 28 U.S.C. section 1391(b)(2) because the underlying events occurred in this judicial district.

13. No change of citizenship of any party has occurred since the filing and commencement of the state action.

14. Copies of all process, pleadings and orders served upon Defendant and filed in the state action are attached to and filed with this Notice of Removal as **Exhibits A** through **B** hereto.

15. Defendant expressly reserves the right to raise all defenses and objections to the state action after its removal to the United States District Court for the Southern District of New York.

16. Defendant will give written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d).

17. Defendant will file a copy of this Notice of Removal with the Clerk of the Supreme Court, Bronx County, as required by 28 U.S.C. § 1446(d), and written notice was given to plaintiffs.

For all the above stated reasons, Defendant Philadelphia Indemnity Insurance Company requests that the Court grant the relief requested herein to remove the state action in the Supreme Court of New York, Bronx County, to the United States District Court for the Southern District of New York, White Plains.

Dated: May 8, 2019
New York, New York

Respectfully Submitted,

By: _____
Christopher T. Bradley (CTB-4725)
Marshall Conway & Bradley, P.C.
Attorneys for Defendant
Philadelphia Indemnity Insurance Company
45 Broadway, Suite 740
New York, New York 10006
(212) 619-4444
File No.: 36-10360

To: LERNER, ARNOLD & WINSTON, LLP
Attorneys for Plaintiffs
475 Park Avenue South, 28th Floor
New York, New York

Clerk of the Supreme Court
Rockland County Supreme Court
1 South Main Street
New City, NY 10956

## Index of Documents Filed in State Court Action

A. Plaintiff's Summons and Complaint, Supreme Court Rockland County, State of New York, Index No. 032079/2019.

B. Affidavit of Service of Summons and Complaint, Index No. 032079/2019, on Philadelphia Indemnity Insurance Company, care of the Office of the Superintendent of Insurance, on April 16, 2019.

## Certification

Defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY, by and through its attorney, Christopher T. Bradley of the firm MARSHALL CONWAY & BRADLEY, P.C. hereby declares that he has provided all parties in the action, and the Supreme Court of New York, Rockland County, with the Notice of Filing of Notice of Removal and attachments being filed with this Court.

I certify that the statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false I am subject to punishment.

Dated:   New York, New York
         May 8, 2019

By: _____
Christopher T. Bradley (CB-4725)
Marshall Conway & Bradley, P.C.
Attorneys for Defendant
**Philadelphia Indemnity Insurance Co.**
45 Broadway, Suite 740
New York, New York 10006
(212) 619-4444