UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
BS BIG V, LLC, BHC BIG V, and BHRA BIG V, LLC, :

                             Plaintiffs,

    -against-

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

                            Defendant.
------------------------------------- x

ORDER

19 Civ. 4273 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A conference is scheduled for January 27, 2021 at 9:45 am.

Dated: New York, New York
       October 5, 2020

                                         SO ORDERED.

                                         GEORGE B. DANIELS
                                         United States District Judge