UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
BS BIG V, LLC, BHC BIG V, and BHRA BIG V, LLC, :

                                  Plaintiffs,

          -against-

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

                                Defendant.
------------------------------------------------------------------- x

ORDER

19 Civ. 4273 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The January 27, 2021 conference is canceled.

Dated: New York, New York
       January 26, 2021

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge