UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

BS BIG V, LLC. et al.,

                Plaintiff,

-against-

Philadelphia Indemnity Insurance Company,

                Defendant.

------------------------------------- x

ORDER

19 Civ. 4273 (GBD)

GEORGE B. DANIELS, United States District Judge:

The final pretrial conference is adjourned from July 14, 2021 until July 21, 2021 at 9:45 a.m.

Dated: New York, New York
      JUL 0 8 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE