# MARSHALL CONWAY BRADLEY GOLLUB & WEISSMAN

A PROFESSIONAL CORPORATION
45 BROADWAY – SUITE 740
NEW YORK, NEW YORK 10006
TELEPHONE: (212) 619-4444
TELECOPIER: (212) 962-2647

email: mcw@mcwpc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 2 2021

JEFFREY A. MARSHALL
ROBERT J. CONWAY **
CHRISTOPHER T. BRADLEY
MICHAEL S. GOLLUB^
AMY S. WEISSMAN*
LAUREN TURKEL

DANIEL A. ALTER
LIZA A. CHAFIIAN
ARDINEZ DOMGJONI*
MARIA T. EHRLICH

GREGORY McGUIRE
STACEY H. SNYDER*
ANDREW S. TAYLOR
STEVEN M. ZIOLKOWSKI*

**NEW JERSEY OFFICE**
2500 Plaza 5
Harborside Financial Center
Jersey City, N.J. 07311
Telephone: (201) 521-3170
Telecopier: (201) 521-3180

OF COUNSEL
ANTHONY D. GRANDE*
ANNA E. GABBAY
SAMUEL F. PANICCIA
DYLAN J. MURPHY*
ARTURO BOUTIN

^ADMITTED IN CT.
^ADMITTED IN WASHINGTON, D.C.
*ADMITTED IN N.J
** RETIRED 2020

July 20, 2021

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: JUL 2 1 2021

**Via ECF**:
Hon. George B. Daniels, U.S.D.J.
United States District Court
500 Pearl Street, Room 1310
New York, New York 10007

Re: *BS Big V, LLC, BHRA Big V, LLC and BHC Big V, LLC v. Philadelphia Indemnity Ins. Co.*
Civil Action No: 1:19-cv-04273-GBD
Adjournment of Pretrial Conference

Dear Judge Daniels:

This firm represents Defendant Philadelphia Indemnity Insurance Company in the above-captioned matter.

We have recently been advised by the Court that a final pretrial conference is currently scheduled for July 21, 2021. We have met and conferred with counsel for the Plaintiffs, and are writing to respectfully and jointly request adjournment of the pretrial conference to November 10, 2021, in order to comport with the Second Revised Civil Case Management Plan and Schedule ("Revised Schedule") which Your Honor signed So Ordered on June 24, 2021.

The Revised Schedule provides that all discovery shall be completed by September 28, 2021, and dispositive motions are to be served by October 25, 2021. A copy of the Revised Schedule is attached hereto.

We thank the Court for its attention to this matter.

2 | Marshall Conway Bradley Gollub & Weissman, P.C.
July 20, 2021

Respectfully submitted
MARSHALL CONWAY BRADLEY
GOLLUB & WEISSMAN, P.C.

*Christopher T. Bradley*

Christopher T. Bradley
*Attorneys for Defendant*
Philadelphia Indemnity Insurance Co.
45 Broadway, Suite 740
New York, New York 10006
(212) 619-4444

Cc: Via ECF
Johnathan Lerner
jlerner@lawpartnersllp.com
Lerner, Arnold & Winston, LLP