UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

BS BIG V, LLC, BHC BIG V, LLC and
BHRA BIG V, LLC,

                          Plaintiffs,

    -against-

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

                         Defendant.

------------------------------------- x

ORDER

19 Civ. 4273 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Plaintiffs' letter request for a telephone conference to discuss Defendant's proposed motion for summary judgment, (ECF No. 28), is DENIED without prejudice to renew the application before Magistrate Judge Cave.

Dated: New York, New York
         December 17, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE