```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 2 2 2022

------------------------------------

BS BIG V, LLC, BHC BIG V, LLC and
BHRA BIG V, LLC,

                              Plaintiffs,

      -against-

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

                              Defendant.

------------------------------------ x

ORDER

19 Civ. 4273 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of this Court's referral to Magistrate Judge Cave for General Pretrial and Dispositive Motions, all conferences previously scheduled before Judge Daniels are cancelled.

Dated: New York, New York
      February 22, 2022

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge