UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BS BIG V, LLC., BHC BIG V, and BHRA BIG V, LLC, <br><br> Plaintiffs, <br><br> -v- <br><br> PHILADELPHIA INDEMNITY INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION NO.: 19 Civ. 4273 (GBD) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

By **Wednesday, September 28, 2022**, the parties shall meet, confer, and file a joint status letter stating whether (i) they request a settlement conference (the "Conference") with Magistrate Judge Cave, and (ii) if so, proposing mutually agreeable dates for the Conference in the latter half of October and first half of November 2022.

Dated:	New York, New York
	September 14, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**