**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

BS BIG V, LLC, BHC BIG V, LLC, and
BHRA BIG V, LLC,

                Plaintiffs,

    -against-

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

                Defendant.

------------------------------------x

<u>ORDER</u>

19 Civ. 4273 (GBD) (SLC)

GEORGE B. DANIELS, United States District Judge:

A pre-trial conference is scheduled for December 14, 2022 at 10:30 a.m.

Dated: November 21, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

1