UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

BS BIG V, LLC, BHC BIG V, LLC, and
BHRA BIG V, LLC,

                      Plaintiffs,

        -against-

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

                      Defendant.
------------------------------------x

ORDER

19 Civ. 4273 (GBD) (SLC)

GEORGE B. DANIELS, United States District Judge:

At the parties' request, the pre-trial conference scheduled for December 14, 2022 is adjourned to February 7, 2023 at 9:45 a.m.

The parties' joint pre-trial order is due no later than January 24, 2023.

Dated: December 7, 2022
       New York, New York

                                    SO ORDERED.

                                    GEORGE B. DANIELS
                                    United States District Judge

1