UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BS BIG V, LLC; BHC BIG V, LLC; and
BHRA BIG V, LLC,

                    Plaintiffs,

      -against-

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

                    Defendant.
------------------------------------x

ORDER

19 Civ. 4273 (GBD) (SLC)

GEORGE B. DANIELS, United States District Judge:

    Jury selection will take place on Wednesday, January 24, 2024 at 9:45 a.m. The trial will begin with opening statements on Monday, January 29, 2024 at 9:45 a.m.

Dated: New York, New York
         January 9, 2024

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge