UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BS BIG V, LLC; BHC BIG V, LLC; and
BHRA BIG V, LLC,

                       Plaintiffs,

        -against-                     ORDER

PHILADELPHIA INDEMNITY INSURANCE    19 Civ. 4273 (GBD) (SLC)
COMPANY,

                       Defendant.
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The parties having reached a settlement agreement, the Clerk of Court is hereby ORDERED to close the above-captioned action.

Dated: New York, New York             SO ORDERED.
      January 29, 2024

                                          _____
                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE